*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*
*TRENTON OFFICE*

DATE OF PROCEEDING: 12/15/2009
CRIMINAL DOCKET NO. 09-859(JAP) 01-03

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
USA vs. Marc Velasquez, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
Retd - Steven Roman, Esq., for defts #1&#3
CJA apptd - Scott Krasny, Esq., for deft #2
Marc Velasquez, deft present.
Ellen Thompson, deft present.
Doris Martinez, deft present.
Stephen Toth, Jr., sign language interpreter sworn.
Daniel B. Swartz, sign language interpreter sworn.
Jonathan Lamberton, sign language interpreter sworn.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Ordered indictment amended as to deft, Marc Velasquez aka Marc Velasquez Verson.
Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/2010 at 10:00 a.m.; Jury trial set 02/22/2010 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED  11:30 a.m.  TIME ADJOURNED  12:30 p.m.

s/Dana Sledge, Courtroom Deputy