UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 01/06/2011
CRIMINAL DOCKET N0.: 09-859(JAP)-01

JUDGE JOEL A. PISANO
COURT REPORTER: Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
United States of America
vs.
Marc Velasquez Verson

APPEARANCES:
DOJ - Robert Zink & Hank Bond Walter
Retd - Steven Roman, Esq., for defendant
Marc Velasquez Verson, defendant present.

NATURE OF PROCEEDING:
Retracted plea hearing held.

Ordered interpreter sworn; Stephen Toth, sworn.
Ordered defendant sworn; deft sworn.
Defendant retracted plea of not guilty, heretofore, entered and pleads guilty to count 4 of the Indictment.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered Rule 11 form filed.
Ordered sentencing set for 06/06/2011 at 11:00 a.m.
Ordered bail continued.
Referral form completed.

TIME COMMENCED 10:00 a.m. TIME ADJOURNED 11:45 a.m.

s/Dana Sledge, Courtroom Deputy